IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF GRAND PRAIRIE;<br>ELLIS COUNTY; BRAD<br>NORMAN, Sheriff of Ellis County,<br>in his official capacity.<br><br>*Defendants*. | Civ. Action No. _____<br><br><br><br>**EMERGENCY APPLICATION<br>FOR A TEMPORARY<br>RESTRAINING ORDER** |

## INTRODUCTION

Without notice or opportunity to be heard before action was taken, the City of Grand Prairie and the Ellis County Sheriff's Office unlawfully removed political campaign signs placed on private property belonging to a candidate for federal office, John Anthony Castro, and his federal election committee, Castro for America.

In doing so, they have knowingly and willfully sought to intimidate Mr. Castro and his supporters from freely exercising their constitutional rights to freedom of speech and procedural due process. They are knowingly and willfully interfering in a federal election in an attempt to deprive the citizens of Texas' 6th Congressional District of a fair and impartially conducted election in violation of federal law.

These actions amount to state-sponsored electoral suppression.

## CONCLUSION

John Anthony Castro respectfully requests that the Court enter a Temporary Restraining Order (TRO) preventing Defendants from removing any further campaign signs until just cause

is presented to this Honorable Court.

Respectfully submitted this 16th day of April, 2021.

>/s/ John Anthony Castro
>John Anthony Castro
>*Plaintiff, Pro Se*
>12 Park Place
>Mansfield, TX  76063
>+1 202 594 4344  Cell

---
CERTIFICATE OF SERVICE

---

I certify a true and accurate copy of the foregoing document was filed via Emergency Filing Procedures on April 16, 2021.  A true and accurate copy of the foregoing document was also sent to the following addresses:

>Brad.Norman@co.ellis.tx.us
>SCollins@GPTX.org

>/s/John Anthony Castro
>JOHN ANTHONY CASTRO