IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN ANTHONY CASTRO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-885-L-BN** |
| § | |
| **THE CITY OF GRAND PRAIRIE;** § | |
| **ELLIS COUNTY; BRAD NORMAN;** § | |
| **and STEVE COLLINS,** § | |
| § | |
| Defendants. § | |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated October 7, 2021. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed without prejudice**, pursuant to Federal Rule of Civil Procedure Rule 4(m). The clerk of the court **shall** transmit a copy of this judgment and a copy of the order dated October 7, 2021, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 7th day of October, 2021.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**